1

2

3

4

5                           **UNITED STATES DISTRICT COURT**
                           **WESTERN DISTRICT OF WASHINGTON**
6                                    **AT SEATTLE**

7
   UNITED STATES OF AMERICA,                    NO.  CR13-238-JCC
8
                              Plaintiff,
9                                                DETENTION ORDER

10          v.

11 OSCAR EDGARDO MENDOZA,

12                            Defendant.

13

14 Offenses charged:

15        Count 1:        Conspiracy to Distribute Cocaine and MDMA/Ecstasy

16        Count 2:        Conspiracy to Export Cocaine

17        Count 3:        Conspiracy to Import MDMA/Ecstasy

18        Count 4 & 6:  Aiding and Abetting the Distribution of Cocaine

19        Count 7:        Aiding and Abetting Money Laundering

20        Count 8:        Aiding and Abetting the Importation of MDMA/Ecstasy

21 Date of Detention Hearing:  May 31, 2018.

22        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

23 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

24        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25        1.        Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

26 defendant is a flight risk and a danger to the community based on the nature of the pending

charges.

2.     Defendant is not a citizen of the United States.

3.     Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

4.     There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of June, 2018.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2