THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OSCAR MENDOZA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to continue the pretrial motions deadline (Dkt. No. 30). Defense counsel was appointed in this matter on June 12, 2018. (Dkt. No. 29). The current pretrial motions deadline is June 21, 2018. (Dkt. No. 21.) Finding good cause, the Court GRANTS Defendant's motion (Dkt. No. 30). The parties shall file all pretrial motions no later than July 5, 2018.

DATED this 20th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR13-0238-JCC
PAGE - 1